UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAFAEL ARDEN JONES,<br><br>                             Plaintiff,<br><br>            -against-<br><br>UNITED STATES OF AMERICA,<br><br>                             Defendants. | 23-CV-8313 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 16, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 16, 2023
         New York, New York

                                               /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge